# United States Bankruptcy Court
## District of Arizona

In re **Joseph Rettig**　　　　　　　　　　　　　　　　　　　Case No. **4:10-bk-00146**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:　　　　**xxx-xx-0588**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　**Joseph Rettig**

Street:　　**1900 N. Paseo Acacia**

City, State and Zip:　　**Green Valley, AZ 85614**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:　　**Joseph Rettig**

Street:　　**813 W Bella Vista Drive**

City, State and Zip:　　Green Valley, Arizona 85614

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Joseph Rettig**
　　　　　　　　　　　　　　　　　　　　　　　　**Joseph Rettig**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor