Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Case no: 4:10-BK-00146-EWH |
|---|---|
| JOSEPH KARL RETTIG | Chapter 13 Proceeding |
| Debtor. | MOTION TO WITHDRAW AMENDMENT TO SCHEDULE F/$26.00 Fee |

Debtor, Joseph Karl Rettig, by and through counsel undersigned, hereby moves to withdraw Amendment to Schedule F, which was inadvertently filed on March 3, 2010 in the wrong case.

WHEREFORE, Counsel for Debtor, hereby respectfully requests that the previously filed Amendment to Schedule F be withdrawn.

DATED this 3rd day of March, 2010.

LAW OFFICE OF KATHRYN L. JOHNSON

By: /s/ *Kathryn L. Johnson*
Kathryn L. Johnson
Attorney for Debtor

/s/ *Alma A. Duarte*
Alma A. Duarte